IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RODERICK BOYKINS,                     )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )    1:24-cv-174
                                      )
S.R.G. CAPTAIN LOCKLEAR,              )
(FNU SCOTT) MS. SCOTT,                )
DEAN LOCKLEAR, and                    )
TAMARA RUSH,                          )
                                      )
          Defendants.                 )
```

**ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on March 6, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 4.) The Recommendation was served on Plaintiff on March 6, 2024. (Doc. 5.) In the Recommendation, the Magistrate Judge recommends that Plaintiff's Complaint should be dismissed pursuant to 28 U.S.C. § 1915A(b) because it fails to state a claim on which relief may be granted. Plaintiff filed timely Objections, (Doc. 6).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."

The Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. Therefore, this Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint, (Doc. 3), is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 26th day of March, 2024.

/s/ William L. Osteen, Jr.
United States District Judge